1  PATRICIA H. LYON (State Bar Number 126761)
   MARY ELLMANN TANG (State Bar Number 154347)
2  MICHAEL C. STARKEY (State Bar No. 253720)
   FRENCH LYON TANG
3  A Professional Corporation
   1990 N. California Blvd., Suite 300
4  Walnut Creek, CA 94596
   Telephone: 415-597-7800
5
   Edward A. Nagy, Bar #92271
6  Dean Miller, Bar #98801
   THE EVICTORS
7  510 Third Street Ste 101
   Oakland, CA 94607
8  Telephone: (510) 839-2074

9  Attorneys for Plaintiff
   EMERALD MAHER
10

11                     UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                        (SAN FRANCISCO DIVISION)
14

15 | EMERALD MAHER, | ) CASE NO. 3:15-cv-05630-EDL |
|---|---|
16 | Plaintiff, | ) |
17 | v. | ) **AMENDED REQUEST FOR** |
|   | ) **TELEPHONIC APPEARANCE** |
18 | | ) |
19 | EMMANUEL G. RODRIGUEZ and | ) <u>Case Management Conference</u> |
   | JOYCE RODRIGUEZ, | ) Date:   March 8, 2016 |
20 | | ) Time:   10:00 a.m. |
   | Defendants. | ) Judge:  Magistrate Judge |
21 | | )         Elizabeth D. Laporte |
   | | ) Place:  450 Golden Gate Avenue |
22 | | )         Courtroom E, 15th Floor |
   | | )         San Francisco, California |

26      Plaintiff EMERALD MAHER ("Counsel") requests the Court's permission to appear

27 telephonically at the Case Management Conference scheduled for March 8, 2016 at 10:00 a.m.

28
                                        -1-
                                                    Amended Request for Telephonic Appearance
                                                                  Case No. 3:15-cv-05630-EDL

1  before the Honorable Elizabeth D. Laporte. Counsel only received notice that the case was

2  removed on March 2, 2016. Judgment was entered in the state court case prior to removal.

3  Counsel can be contacted at the following:

4  Dean Miller, Bar #98801
   THE EVICTORS
5  510 Third Street Ste 101
   Oakland, CA 94607
6  Telephone: (510) 839-2074

7
   Dated: March 7, 2016                                FRENCH LYON TANG
8

9                                                     By _/s/ Mary Ellmann Tang_____
                                                         Mary Ellmann Tang
10                                                       Attorney for EMERALD MAHER

**IT IS SO ORDERED**

Judge Elizabeth D. Laporte
Date: March 7, 2016

*United States District Court, Northern District of California* (seal)

-2-