UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMERALD MAHER,

    Plaintiff,

v.

EMMANUEL G. RODRIGUEZ, et al.,

    Defendants.

Case No. 15-cv-05630-TEH

**ORDER REMANDING CASE**

This case was reassigned to this Court following the filing of a report and recommendation by Magistrate Judge Elizabeth D. Laporte on March 8, 2016. On that same date, the Court served Defendant Joyce Rodriguez by mail, and Plaintiff's counsel received service via the Court's electronic case filing system. No objections to the report and recommendation have been received, and the period for filing such objections has now expired. *See* Fed. R. Civ. P. 72(b)(2) (allowing fourteen-day period after service for filing objections); Fed. R. Civ. P. 6(d) (allowing three additional days following service by mail).

Having reviewed the report and recommendation and the record in this case, the Court finds good cause to adopt the report and recommendation in its entirety. With good cause appearing, this case is hereby REMANDED to the Superior Court of California for the County of Alameda. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  03/29/16

                                                THELTON E. HENDERSON
                                                United States District Judge

United States District Court
Northern District of California